**Jerry HARRY, Plaintiff/Appellant,**

v.

**Leonard SCHWALBERT,
Deceased, Defendant,**

**Samuel Rauls, Personal Representative
of the Estate of Leonard Schwalbert,
Respondent.**

No. 59593.

Missouri Court of Appeals,
Eastern District,
Division One.

May 19, 1992.

David P. Spitznagel, Kirkwood, for plaintiff, appellant.

John W. Hammon, Hillsboro, for respondent.

ORDER

PER CURIAM.

Plaintiff appeals from a judgment for defendant. We affirm. The judgment of the trial court is supported by substantial evidence and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

**Jack Houston McCLINTIC, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 45209.

Missouri Court of Appeals,
Western District.

May 19, 1992.

Judith C. LaRose, Columbia, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, C.J., and BERREY and SPINDEN, JJ.

ORDER

PER CURIAM.

Appeal from the denial of appellant's Rule 29.15 motion for post-conviction relief.

Affirmed. Rule 84.16(b).